# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:13-CR-004-HDM-(WGC) |
| ) | |
| ISIDORO GUEVARA-GARCIA, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On August 7, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ISIDORO GUEVARA-GARCIA to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant ISIDORO GUEVARA-GARCIA pled guilty. Indictment, ECF No. 1; Plea Agreement, ECF No. 31; Change of Plea, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 13, 2013, through September 11, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Smith and Wesson model SW40VE, .40 caliber handgun, bearing serial number DWF0167;

2. a Winchester Model 94 Classic, 30-30 caliber rifle, bearing serial number 3210483; and

3. any magazine and ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 19th day of November, 2013.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE